**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC BRIAN HICKERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15-cv-01223-AGF |
| | ) | |
| JEFFERY NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion (Doc. No. 5) for

appointment of counsel.  There is no constitutional right for a pro se habeas petitioner to

have counsel appointed, although the Court has discretion to appoint counsel when

necessary.  *Morris v. Dormire*, 217 F.3d 556, 558-59 (8th Cir. 2000).  Among the factors

a court should consider in making this determination are the factual and legal complexity

of the case, the ability of the petitioner to present the facts and his claims, and the degree

to which the petitioner and the court would benefit from such an appointment.  *Id.* Upon

review of the record, the Court does not believe that the appointment of counsel is

warranted here.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for appointment of counsel

is **DENIED**.  (Doc. No. 5.)

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th  day of October, 2015.